UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

ADVANCED THERAPY SPECIALISTS    CIVIL ACTION NO. 07-1346

VS.                             JUDGE MELANÇON

UNITED STATES POST OFFICE       MAGISTRATE JUDGE METHVIN
USA

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss for lack of subject matter jurisdiction is **GRANTED** and plaintiff's claims are **DISMISSED.**

**THUS DONE AND SIGNED** this 28th day of January, 2008 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE